AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Minnesota

Jesse LeBlanc,

*Plaintiff,*

v.                                                      Case No. 0:19–cv–02401–SRN–KMM

Robert Wilkie,

*Defendant.*

---

## SUMMONS IN A CIVIL ACTION

To:   Robert Wilkie, in his official capacity as Secretary of the United States Department of Veteran Affairs

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Taylor Brandt Cunningham
901 N. 3rd Street
Ste. 110
Minneapolis, MN
55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*          By:

Signature of Clerk or Deputy Clerk

Lynnette Brennan

Date of Issuance:   August 30, 2019

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:19–cv–02401–SRN–KMM

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Robert Wilkie, in his official capacity as Secretary of the United States Department of Veteran Affairs

Date of Service:     _____

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:     _____

Signature of Server:     _____

Date:     _____

Server's Address:     _____