UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jesse LeBlanc, | Case No. 19-cv-2401-SRN-KMM |
| Plaintiff, | |
| v. | |
| Robert Wilkie, in his official capacity as Secretary of the United States Department of Veteran Affairs, | **STIPULATION** |
| Defendant. | |

Plaintiff Jesse LeBlanc and Defendant Robert Wilkie, in his official capacity as Secretary of the United States Department of Veteran Affairs, stipulate to the following for purposes of Counts II, III, and IV of Plaintiff's Amended Complaint, ECF No. 42:

1. Jesse LeBlanc is "disabled" within the meaning of the Rehabilitation Act, 29 U.S.C. § 701 *et seq.* Specifically, Mr. LeBlanc, at all times relevant, suffered from a physical impairment (vestibular dysfunction) that substantially limited one or more major life activities.

2. Jesse LeBlanc is a "qualified individual" under the Rehabilitation Act, 29 U.S.C. § 701 *et seq.* Specifically, Mr. LeBlanc, at all times relevant, could, "with or without reasonable accommodation, perform the essential functions" of the Detective and Training Instructor positions, which Mr.

EXHIBIT 23

LeBlanc applied for. Mr. LeBlanc also "possessed the requisite skill, education, expertise, and training" for said positions.

3. Jesse LeBlanc suffered "an adverse employment action" as a result of not being selected/hired for the Detective and Training Instructor positions.

Furthermore, Plaintiff Jesse LeBlanc and Defendant Robert Wilkie, in his official capacity as Secretary of the United States Department of Veteran Affairs, stipulate to the following for purposes of Count I of Plaintiff's Amended Complaint, ECF No. 42:

4. Jesse LeBlanc is "disabled" within the meaning of the Rehabilitation Act, 29 U.S.C. § 701 *et seq.* Specifically, Mr. LeBlanc, at all times relevant, suffered from a physical impairment (vestibular dysfunction) that substantially limited one or more major life activities.

These stipulations are made for purposes of summary judgment motions and any trial in this matter.

Dated: January 19, 2020        **CONLIN LAW FIRM LLC**

By:    */s/ Taylor Brandt Cunningham*
Taylor B. Cunningham, 400041
Stacy Deery Stennes, 390735

600 Highway 169 South, Suite 1650
Minneapolis, MN  55426
Telephone: (952) 252-0490
Facsimile: (952) 252-0489
Email: CLF@conlinlawfirm.com

***Attorneys for Plaintiff***

Dated: January 19, 2020

ERICA H. MacDONALD
United States Attorney

s/ Ana H. Voss

BY: ANA H. VOSS
Assistant U.S. Attorney
Attorney ID No. 483656DC
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Email: Ana.Voss@usdoj.gov

***Attorney for Defendant***